IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**COURTNEY GREEN**                                                                                      **PLAINTIFF**

V.                                      **CASE NO. 5:23-CV-5200**

**WALMART, INC.**                                                                                       **DEFENDANT**

### ORDER

Now pending is the Report and Recommendation ("R&R") (Doc. 8) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, who conducted a preservice screening of the Complaint. She recommends dismissing the case because Plaintiff's allegations are not supported by factual content and do not appear to be grounded in reality. Plaintiff filed an Objection to the R&R (Doc. 9) in which he essentially restated the factual allegations in the Complaint.

The Court has now reviewed the entire case file *de novo* and finds it merits dismissal. Plaintiff's claims are indeed fanciful, irrational, and wholly lacking in factual grounding. Plaintiff's Amended Complaint (Doc. 10), which he filed at the same time as his Objections, is substantially the same as the original Complaint and merits dismissal for the same reasons explained in the R&R.

**IT IS THEREFORE ORDERED** that the Objections are **OVERRULED**, and the case is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). All other pending motions are **TERMINATED**, and the case is **CLOSED**.

**IT IS SO ORDERED** on this 27th day of November, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE